AO 91 (Rev. 11/11)  Criminal Complaint

| | | |
|---|---|---|
| AUSA: Zachary Zurek | Telephone: (313) 226-0285 |
| Special Agent: Matthew Hughes, FBI | Telephone: (313) 965-2323 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Michael David Bulanda

Case No. 2:26-mj-30070
Judge: Unassigned,
Filed: 02-11-2026 At 10:55 AM
CMP USA V. BULANDA (DA)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __September 11, 2025__ in the county of __Wayne__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 371 | (Conspiracy to coerce and entice a minor), |
| 18 U.S.C. § 2251(a) and (e) | (Sexual exploitation of children and attempt and conspiracy), |
| 18 U.S.C. § 2422(b) and 2 | (Aiding and abetting and attempted coercion and enticement of a minor), |
| 18 U.S.C. § 2425 | (Use of interstate facilities to transmit information about a minor). |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_Complainant's signature_

Matthew R. Hughes, Special Agent, FBI
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: February 11, 2026

_Judge's signature_

City and state: Detroit, MI

Hon. Elizabeth A. Stafford, United States Magistrate Judge
_Printed name and title_

# AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR A CRIMINAL COMPLAINT AND ARREST WARRANT

I, Matthew R. Hughes, a Special Agent with the Federal Bureau of Investigation (FBI), being duly sworn, depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I have been employed as a Special Agent of the FBI since October 2019, and I am currently assigned to the FBI Detroit Division. While employed by the FBI, I have investigated federal criminal violations related to internet fraud, computer intrusions, and the FBI's Innocent Images National Initiative, which investigates matters involving the online sexual exploitation of children. I have gained experience through training at the FBI Academy, post Academy training, and everyday work related to conducting these types of investigations.

2. I have received training in the area of child pornography and child exploitation and have reviewed numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media including computer media. Moreover, I am a federal law enforcement officer who is engaged in enforcing criminal laws, including those referenced in this affidavit. I am authorized by law to request an arrest warrant.

3. This affidavit is made in support of an application for a criminal complaint and arrest warrant for **Michael David Bulanda** (DOB XX/XX/1989) for

1

violations of 18 U.S.C. § 371 (conspiracy to coerce and entice a minor), 18 U.S.C. § 2251(a) and (e) (sexual exploitation of children and attempt and conspiracy), 18 U.S.C. § 2422(b) and 2 (aiding and abetting and attempted coercion and enticement of a minor), 18 U.S.C. § 2425 (use of interstate facilities to transmit information about a minor).

4. The statements contained in this affidavit are based in part on information provided by U.S. federal law enforcement agents, written reports about this and other investigations that I have received, directly or indirectly, from other law enforcement agents/officers, information gathered from investigative sources of information, and my experience, training, and background as a special agent. Because this affidavit is being submitted for the limited purpose of securing authorization for the requested arrest warrant, I have not included each and every fact known to me concerning this investigation. Instead, I have set forth only the facts that I believe are necessary to establish probable cause that Osborn has violated the above offense.

## PROBABLE CAUSE

5. On or about December 17, 2025, the FBI Philadelphia office arrested SUBJECT-1 and seized a phone to search for evidence of production of child pornography.

2

6.  The FBI searched the phone and found multiple examples of SUBJECT-1 participating in chats on an internet-enabled encrypted messaging platform that allows individuals to engage in text messaging and share images and videos.

7.  The FBI Philadelphia office identified a chat between SUBJECT-1 and a user with a user ID ending in -2148 (later identified as BULANDA) that occurred on September 11, 2025. In that conversation, BULANDA sent SUBJECT-1 an image of a girl showing her breasts to the camera and stated it was MV-1. Within the conversation BULANDA tells SUBJECT-1 that he knows MV-1 and requests that SUBJECT-1 blackmail MV-1 for nude images. The FBI later determined that MV-1 was 17 years old at the time the chats occurred.

8.  An excerpt of the chat is below:

    - BULANDA: Yo
    - SUBJECT-1: You the [redacted]?
    - [SUBJECT-1 sends an image that was not viewable to law enforcement]
    - SUBJECT-1: That your girl?
    - BULANDA: Ya
    - SUBJECT-1: Hot. What's her name
    - BULANDA: [provides a fictitious name]

3

- SUBJECT-1: What are you hoping to get from blackmail

- BULANDA: Her body

- SUBJECT-1: More nudes?

- BULANDA: Ya

- SUBJECT-1: I can do that. Where's she from

- SUBJECT-1: Also, any limits?

- BULANDA: I don't want to ruin her life

- SUBJECT-1: I won't ruin her life. It's all about the threat

- SUBJECT-1: She has to think ill ruin her life. That's the key

- SUBJECT-1: Are we doing this?

- BULANDA: Sure

- SUBJECT-1: Okay so again, where is she from

- BULANDA: Michigan

- SUBJECT-1: Let's see that nude you have

- [BULANDA sends an image that depicts a female displaying her breasts to the camera. The female's face is not visible in the image.]

- SUBJECT-1: Stole from her phone?

- BULANDA: Ya

- SUBJECT-1: Whats her phone number

- [BULANDA provides a phone number]

- SUBJECT-1: Perfect. Is she still in HS

- BULANDA: Ya

- SUBJECT-1: What school

- BULANDA: [provides name of high school]

- SUBJECT-1: She a [references an extracurricular activity]

- BULANDA: Ya

- SUBJECT-1: Does she have a job

- BULANDA: Ya

- SUBJECT-1: What does she do

- BULANDA: [provides job description]

- SUBJECT-1: Where?

- BULANDA: [provides name of MV-1's employer]

- SUBJECT-1: [redacted] HS is in [city in Michigan]?

- BULANDA: [provides name of city where MV-1's high school is located]

- SUBJECT-1: [high school mascot] is the name?

- BULANDA: Ya

- BULANDA: A lot of information lol

- What are you going to do

- SUBJECT-1: I'm looking at the [extracurricular activity] roster im not

5

seeing an [fictitious name]. I'm seeing [other name]

- BULANDA: [provides true name of MV-1]

- SUBJECT-1: Why did you say [fictitious name]?

- BULANDA: testing the waters

- BULANDA: this is risky

- SUBJECT-1: Bro. Come on now. Now I have to message her again on a different number asking if its [MV1's true name]

- BULANDA: I didn't know you were going right in like that

- BULANDA: Ya gotta be careful with this shit

- BULANDA: This is hella risky

- SUBJECT-1: You cant give shit info like that man

- SUBJECT-1: So [MV1's first name and last name]

- BULANDA: Ya

- SUBJECT-1: Any other wrong info you gave?

- BULANDA: No

- SUBJECT-1: Think she's awake?

- BULANDA: No lol

- SUBJECT-1: Does she have a boyfriend?

- BULANDA: Yes

- SUBJECT-1: What's his name?

6

- BULANDA: [provides name]

- SUBJECT-1: How long where they together?

- BULANDA: Not very long

- SUBJECT-1: Tell me about [MV1's] personality

- […]

- SUBJECT-1: Is she nice? Mean?

- BULANDA: Nice

- SUBJECT-1: How do you think she will react to me having her nude?

- BULANDA: I have no idea lol

- BULANDA: Probably act like it's not her

- SUBJECT-1: That's your only nude of her?

- BULANDA: Ya

- SUBJECT-1: If she tries saying its not her theres an easy way around that

- BULANDA: Just don't ruin her life

- SUBJECT-1: I wont. Are you excited

- BULANDA: I am

- BULANDA: I want to see what she says

- SUBJECT-1: Ill keep sreeshots. Are youre okay with me threatening to ruin her life as long as its just threatening

7

- SUBJECT-1: And

- BULANDA: Ya

- SUBJECT-1: Good. Is she going to college?

- BULANDA: Ya probably

- SUBJECT-1: Any idea for what?

- BULANDA: Not a clue

- SUBJECT-1: Okay shouldn't she have an idea by now?

- BULANDA: Not a clue

- SUBJECT-1: Okay shouldn't she have an idea by now?

- BULANDA: About what?

- SUBJECT-1: What She wants to do for college

- BULANDA: Yeah probably but idk

- SUBJECT-1: Ok. What [references MV1's extracurricular activity]

- BULANDA: [responds]

- SUBJECT-1: That the only one?

- BULANDA: Ya

9. SUBJECT-1 then says he is going to sleep and will see if MV-1 responds in the morning. Approximately four hours later, the conversation continues:

- SUBJECT-1: She responded

8

- SUBJECT-1: She claims its not her and also claims she doesn't work at [location]
- BULANDA: lol
- BULANDA: Figured
- SUBJECT-1: She is lying though im assuming
- BULANDA: Ya she is
- SUBJECT-1: Do you know her next shift [location]
- BULANDA: I don't
- BULANDA: Can I see her responses
- SUBJECT-1: [provides five screenshots that appear to depict conversations between SUBJECT-1 and MV-1]
- BULANDA: Fuck that's hot lol
- SUBJECT-1: Im assuming shes probably in class now
- BULANDA: For sure
- SUBJECT-1: Okay so her silence is probably not her ignoring me
- BULANDA: Ya probably
- SUBJECT-1: I also texted her from another number and said "Holy shit nice tis [MV-1's name]"
- SUBJECT-1: No reply there yet
- BULANDA: Haha that's funny

9

10. BULANDA continues to answer SUBJECT-1's questions about MV-1, including whether MV-1 has siblings and the names of MV-1's friends. SUBJECT-1 sends BULANDA multiple pictures of what appear to be high-school aged girls, and asks BULANDA whether he recognizes any of them. In response to one, BULANDA says "She's hot lol idk who that is[.]"

11. SUBJECT-1 and BULANDA discuss posting MV-1's picture on a public forum to make her "feel fear," which SUBJECT-1 describes as a tactic that has worked in the past to break "many stubborn sluts." BULANDA says that would be going "too far." SUBJECT-1 then asks for a picture of MV-1 in a bikini with her face showing. At first, BULANDA says he does not have one. Later, BULANDA provides a picture of MV-1 in a bikini.

12. The conversation appears to end as MV-1 stops responding to SUBJECT-1. SUBJECT-1 asks BULANDA, "Anybody else you want blackmailed," and BULANDA responds, "Nah – thanks though – only her[.]"

13. School records also confirmed MV-1's date of birth, making her 17 years old at the time of the above chats. BULANDA's phone number in the school record was listed as XXX-XXX-1060.

14. A subpoena was served to the internet-enabled messaging service for subscriber information related to the user ID ending in -2148. The phone number for the subscriber was XXX-XXX-1060. An IP address was also provided.

15. Law enforcement database records show that the subscriber for phone number XXX-XXX-1060 is BULANDA.

16. Subpoenaed records from BULANDA's cell phone provider show that BULANDA is the subscriber to phone number XXX-XXX-1060.

17. On February 11, 2026, a search warrant was executed at BULANDA's residence. A phone was seized but could not be searched on scene.

18. BULANDA was interviewed during the search and stated that the phone number XXX-XXX-1060 was his. BULANDA initially stated he did not use the internet-enabled messaging service but later changed his statement to say he did. BULANDA stated that the account ending in -2148 and associated with phone number XXX-XXX-1060 was his. BULANDA was shown the identified chats with SUBJECT-1 and nodded in the affirmative that he recognized them.

## CONCLUSION

19. Based on the foregoing, there is probable cause to believe Michael David Bulanda has committed violations 18 U.S.C. § 371 (conspiracy to coerce and entice a minor), 18 U.S.C. § 2251(a) and (e) (sexual exploitation of children and attempt and conspiracy), 18 U.S.C. § 2422(b) and 2 (aiding and abetting and

attempted coercion and enticement of a minor), 18 U.S.C. § 2425 (use of interstate facilities to transmit information about a minor).

Respectfully submitted,

_____
Matthew R. Hughes, Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my
Presence and/or by reliable electronic means.

_____
HON. ELIZABETH A. STAFFORD
UNITED STATES MAGISTRATE JUDGE

Date: ___February 11, 2026___

12